## EXHIBIT 2: INFRINGEMENT
URL: https://www.instagram.com/p/BXGlL14lFmM/?hl=en

